Lee Albert (LA-8307)
GLANCY PRONGAY & MURRAY LLP
230 Park Avenue, Suite 530
New York, NY 10169
Telephone: (212) 682-5340
Facsimile: (212) 884-0988
Email: lalbert@glancylaw.com

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN DIVISION

| | |
|---|---|
| BHUPENDRA KHONA, JENNIFER LUDGATE, BRIAN MANN, and LUCIA LUONG Individually and On Behalf of a Class of Similarly Situated Individuals,<br><br>　　　　Plaintiffs,<br>　v.<br><br>SUBARU OF AMERICA, INC.,<br><br>　　　　Defendant. | Case No. 1:19-cv-09323-RMB-AMD<br><br>**NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>**<u>JURY TRIAL DEMAMDED</u>**<br><br>**<u>CLASS ACTION</u>**<br><br>**Motion Date: September 14, 2020** |

　　　PLEASE TAKE NOTICE that on September 14, 2020, or as soon thereafter as the Court may consider this matter, Plaintiffs by and through their undersigned counsel, shall move before the Honorable Renee Marie Bumb, pursuant to Fed. R. Civ. P. 23, for entry of an Order Granting Preliminary Approval of Class Settlement submitted herewith and attached as Exhibit F to the Settlement Agreement.

1

This Motion is based on this Notice of Motion and Motion and the Memorandum of Law filed herewith, the Declarations of Mark S. Greenstone and Marc L. Godino filed herewith, the record in this action, the argument of counsel, and any other matters the Court may consider.

Dated: July 29, 2020

By: /s/ Lee Albert
**GLANCY PRONGAY & MURRAY LLP**
Lee Albert (LA-8307)
230 Park Avenue, Suite 530
New York, NY 10169
Telephone: (212) 682-5340
Facsimile: (212) 884-0988
Email: lalbert@glancylaw.com

Marc L. Godino (*pro hac vice*)
Danielle L. Manning (*pro hac vice*)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: info@glancylaw.com

**GREENSTONE LAW PC**
Mark S. Greenstone (*pro hac vice*)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9156
Facsimile: (310) 201-9160
Email: mgreenstone@greenstonelaw.com

## **CERTIFICATE OF SERVICE**

I certify that on July 29, 2020, I electronically filed the foregoing document with the Court for the U.S. District Court for the District of New Jersey, using the electronic case filing system of the court, which sent notification of such filing to all CM/ECF participants.

By: */s/ Lee Albert*
*Attorney for Plaintiffs*
