Lee Albert (LA-8307)
GLANCY PRONGAY & MURRAY LLP
230 Park Avenue, Suite 300
New York, NY 10169
Telephone: (212) 682-5340
Facsimile: (212) 884-0988
Email: lalbert@glancylaw.com

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN DIVISION

| | |
|---|---|
| BHUPENDRA KHONA, JENNIFER LUDGATE, BRIAN MANN, and LUCIA LUONG Individually and On Behalf of a Class of Similarly Situated Individuals,<br><br>        Plaintiffs,<br>  v.<br><br>SUBARU OF AMERICA, INC.,<br><br>        Defendant. | Case No. 1:19-cv-09323-RMB-AMD<br><br>**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>**JURY TRIAL DEMAMDED**<br><br>**CLASS ACTION**<br><br>**Motion Date: June 7, 2021** |

PLEASE TAKE NOTICE that on June 7, 2021, or as soon thereafter as the Court may consider this matter, Plaintiffs by and through their undersigned counsel, shall move before the Honorable Renee Marie Bumb, pursuant to Fed. R. Civ. P. 23, for entry of an Order Granting Final Approval of Class Settlement submitted herewith is a Final Judgment and Order.

1

This Motion is based on this Notice of Unopposed Motion and the Memorandum of Law filed herewith, the Declarations of Mark S. Greenstone, Marc L. Godino, Declaration of Jennifer M. Keough, Declarations of Plaintiffs Lucia Luong, Brian Mann, Bhupendra Khona, and Jennifer Ludgate filed herewith, the record in this action, the argument of counsel, and any other matters the Court may consider.

Dated: April 30, 2021

By: */s/ Lee Albert*
**GLANCY PRONGAY & MURRAY LLP**
Lee Albert (LA-8307)
230 Park Avenue, Suite 300
New York, NY 10169
Telephone: (212) 682-5340
Facsimile: (212) 884-0988
Email: lalbert@glancylaw.com

Marc L. Godino (*pro hac vice*)
Danielle L. Manning (*pro hac vice*)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: info@glancylaw.com

**GREENSTONE LAW PC**
Mark S. Greenstone (*pro hac vice*)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9156
Facsimile: (310) 201-9160
Email: mgreenstone@greenstonelaw.com

# **CERTIFICATE OF SERVICE**

I certify that on April 30, 2021, I electronically filed the foregoing document with the Court for the U.S. District Court for the District of New Jersey, using the electronic case filing system of the court, which sent notification of such filing to all CM/ECF participants.

By: */s/ Lee Albert*  
*Attorney for Plaintiffs*
